**Paul A. CULBREATH, Appellant,**

v.

**PERRYMAN REALTY, INC.; Danny Perryman; Barbara Perryman; Fulton Title Company; Karen Plumlee; Bank of Salem, Appellees.**

No. 05–2258.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 28, 2006.

Decided: March 3, 2006.

Paul A. Culbreath, Jonesbobo, AR, pro se.

John C. Gregg, Batesville, AR, Elton A. Rieves, IV, Rieves & Rubens, West Memphis, AR, Jeffrey W. Puryear, Womack & Landis, Jonesboro, AR, for Appellees.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Paul Culbreath appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against defendants. Having carefully reviewed the record, *see Liberty Mut. Ins. Co. v. FAG Bearings Corp.*, 335 F.3d 752, 757 (8th Cir.2003) (de novo standard of review), we agree with the district court that Culbreath is collaterally estopped from bringing his claim, for the reasons explained in the district court's opinion. Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Before MELLOY, FAGG, and BENTON, Circuit Judges.